IN THE UNITED STATES DISTRICT COURT **FILED**

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

APR 1 2 2012

PATRICK E. DUFFY CLERK
BY_____
          Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

SUSAN F. FISH,                    CV-11-99-BLG-RFC-CSO

      Plaintiff,

vs.

                              **ORDER ADOPTING FINDINGS**
                              **AND RECOMMENDATIONS OF**
**JO ACTON, ROBERT PAUL, SUE**   **U.S. MAGISTRATE JUDGE**
**ORAND, ANNAMAE DERRICK,**
**MARK HARTMAN, CHARLOTTE**
**DOLEZAL, and MIKE FERRITER,**

      **Defendants.**

---

United States Magistrate Judge Carolyn Ostby has entered Findings and

Recommendation recommending that Fish's Motion for Default Judgment (*doc.

11*) be denied and that Defendants' Motion to Dismiss (*doc. 12*) also be denied.

*Doc. 16.* Judge Ostby recommends the motion to dismiss be denied because (1)

Defendants did not comply with L.R. 7.1(c) by stating whether they confirmed

Fish's consent or opposition before filing their motion and (2) there is good cause

for extending the time for service of the Complaint since Fish is a prisoner

proceeding pro se whose only failure in service was failing to provide copies of

1

the Complaint to the Sheriff's Deputies she hired to serve this lawsuit. Since Fish has not properly served the Complaint, Judge Ostby recommends her Motion for Default Judgment be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 14 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections. While this failure to object to results in a waiver of all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999), it does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Fish's Motion for Default Judgment (*doc. 11*) is **DENIED** and Defendants' Motion to Dismiss (*doc. 12*) is **DENIED**.

The Clerk of Court shall notify the parties of the entry of this Order.

DATED the 12th day of April, 2012.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE